**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **MARTIN MATAMOROS TORRES,** | § | |
| | § | |
| ***Petitioner,*** | § | |
| | § | |
| ***v.*** | § | **CASE NO. 6:26-CV-00554-CRW-DTG** |
| | § | |
| **DEVERY MOONEYHAM, in his official capacity as Warden of the Limestone County Detention Facility, et al.,** | § § § | |
| | § | |
| ***Respondents,*** | § | |

**ORDER SETTING HEARING**

Petitioner Martin Matamoros Torres challenges his continued custody through a petition for writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1). The respondents have filed their return, and a hearing is now required. *See* 28 U.S.C. § 2243 ("When the writ or order is returned a day shall be set for hearing, not more than five days after the return . . . .").

Due to the demands of the Court's schedule, the Court finds good cause to extend the time to hold a hearing pursuant to 28 U.S.C. § 2243 and sets a hearing on **September 25, 2026** at 9:00 AM CST (1 hour time block). The hearing shall be held in-person at the United States District Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas. Respondents are directed to "produce the body of" the petitioner at the hearing. *Id.* The parties should come prepared to present argument and evidence in support of their arguments concerning jurisdiction, the petition, and any other issues they would like the Court to consider. Additionally, the Court reminds counsel that it is the petitioner's burden to provide an interpreter should one be needed.

The parties are **ORDERED** to meet-and-confer in advance of the hearing and jointly file a notice of any factual stipulations on or before **September 22, 2026**.

**SIGNED** this 8th day of September, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE