**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **MARTIN MATAMOROS TORRES** | § | |
| | § | |
| **vs.** | § | **NO: WA:26-CV-00554-CRW-DTG** |
| | § | |
| **MARKWAYNE MULLIN-SECRETARY OF DHS, DAVID J. VENTURELLA, BRET BRADFORD, DEVERY MOONEYHAM** *Defendant* | § | |

# ORDER CANCELLING HABEAS CORPUS EVIDENTIARY HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for HABEAS CORPUS EVIDENTIARY HEARING HELD IN PERSON, on Friday, September 25, 2026 at 09:00 AM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **22nd day of September, 2026**.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE